**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 35 WAL 2018

                Respondent   :

                                     :   Petition for Allowance of Appeal from

                                     :   the Order of the Superior Court

                v.   :

                                       :

JAMES LEONARD,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.